# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PENNY HOFFMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-02178-HLT-JPO |
| | ) |
| RELADYNE, INC. d/b/a PARKER OIL COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Penny Hoffmann and Defendant RelaDyne, Inc. d/b/a Parker Oil Company, Inc. stipulate to the dismissal of this action with prejudice, each of the parties to bear her or its own costs.

Respectfully submitted,

*/s/ John J. Ziegelmeyer III*
John J. Ziegelmeyer III
Brad K. Thoenen
HKM EMPLOYMENT ATTORNEYS LLP
1501 Westport Road
Kansas City, MO 64111
Telephone: 816.875.3332
jziegelmeyer@hkm.com
bthoenen@hkm.com

ATTORNEYS FOR PLAINTIFF

*/s/ Robert A. Sheffield*
Robert A. Sheffield, KS #25732
Direct: 816.627.4432
E-Fax: 816.817.1622
rsheffield@littler.com
Bonnie Birdsell, D. KS #78895
Direct: 816.627.4412

E-Fax: 816.817.1957
bbirdsell@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, a true and correct copy of the foregoing was electronically submitted via the Court's e-filing system, which generated notice of same to the following counsel of record:

John J. Ziegelmeyer III
Brad K. Thoenen
HKM EMPLOYMENT ATTORNEYS LLP
1501 Westport Road
Kansas City, MO 64111
Telephone: 816.875.3332
jziegelmeyer@hkm.com
bthoenen@hkm.com

ATTORNEYS FOR PLAINTIFF

/s/ Robert A. Sheffield
ATTORNEY FOR DEFENDANT
